# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| LESLIE JOYNER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV407-168 |
| SCHNEIDER NATIONAL/ AMERICAN PORT SERVICES, | ) ) ) ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

Plaintiff has moved to voluntarily dismiss his case. (Doc. 29.) Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff's motion should be **GRANTED** and this case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this 13th day of February, 2008.

_____
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**